Timothy L. WATTS, Respondent

v.

MANHEIM TOWNSHIP SCHOOL
DISTRICT, Petitioner.

Supreme Court of Pennsylvania.

Sept. 12, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of September, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Does the Public School Code of 1949 require the Manheim Township School District to provide transportation services to a resident pupil to and from more than one location within the school district?

(2) Did the Commonwealth Court err in interpreting *In re Residence Hearing Before Bd. of Sch. Dir., Cumberland Valley Sch. Dist.,* 560 Pa. 366, 744 A.2d 1272 (2000), to mean that a child can have more than one residence for school purposes, including transportation services under Section 1361 of the Public School Code of 1949?